# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
07 DEC -4 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES OF AMERICA,

v.

WHA

ELY SAU CHAPAS-AGUILERA
a/k/a Elisau Chapas-Aguilar

DEFENDANT.

## INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

A true bill.

_____
Foreman

Filed in open court this __4__ day of
Dec, 2007

No Process

Bail, $ _____

**Brenda Tolbert**
Clerk

MARIA-ELENA JAMES

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC -4 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.F.

### OFFENSE CHARGED

8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**DEFENDANT**
► ELY SAU CHAPAS-AGUILERA a/k/a Elisau Chapas-Aguilar

**DISTRICT COURT NUMBER**
CR 07 0763 WHA

### PENALTY:
Maximum Prison Term of Twenty Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70697

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
ALBERT B. SAMBAT

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ► 11/19/2007

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ►

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED
07 DEC -4 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0763   WHA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation |
| v. | |
| ELY SAU CHAPAS-AGUILERA, a/k/a Elisau Chapas-Aguilar, | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about February 14, 2007, March 9, 2005, July 9, 2004, September 10, 2003, February 26, 2003, and February 6, 2002, the defendant,

ELY SAU CHAPAS-AGUILERA,
a/k/a Elisau Chapas-Aguilar,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about November 19, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary of Homeland Security not having expressly consented to a re-

INDICTMENT

1  application by the defendant for admission into the United States, in violation of Title 8, United
2  States Code, Section 1326.
3
4  DATED: December 4, 2007                               A TRUE BILL.
5
6                                                        _____
                                                         FOREPERSON
7  SCOTT N. SCHOOLS
   United States Attorney
8
9
10 _____
   KYLE WALDINGER
11 Deputy Chief, Major Crimes Division
12 (Approved as to form: _____ )
                                SAUSA SAMBAT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   INDICTMENT