**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 18, 2007

Case No.: CR 07-0763 WHA

Title: UNITED STATES -v- ELY SAU CHAPAS-AGUILERA (Custody)

Appearances:
    For the Government: Al Sambat

    For the Defendant(s): Jodi Linker

Interpreter: Melinda Basker (Spanish Int)    Probation Officer: n/a

Deputy Clerk: Dawn Toland            Court Reporter: Kathy Powell

**PROCEEDINGS**

1)  Status - HELD

2)  

Case continued to **1/29/08 at 2:00pm** for Plea/Sentencing

Case continued to ___ for Motion

**ORDERED AFTER HEARING:**

Parties have reached a Fast Track disposition. Speedy trial date is 2/14/08. No exclusion of time was made.