UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 29, 2008

Case No.: CR 07-0763 WHA

Title: UNITED STATES -v- ELY SAU CHAPAS-AGUILERA (custody)

Appearances:
    For the Government: Al Sambat

    For the Defendant(s): Jodi Linker

Interpreter: Melinda Basker (Span.Int)     Probation Officer: n/a

Deputy Clerk: Dawn Toland     Court Reporter: Juanita Gonzalez

## PROCEEDINGS

1) Change of Plea/Sentencing - HELD

2) _____

**ORDERED AFTER HEARING:**

Parties reached a Fast Track disposition. Plea Agreement filed. Defendant entered a guilty plea to Count One.

JUDGMENT: defendant is committed to the BOP for 24 months and placed on supervised [3 years] release with the following special conditions: 1) cooperate with Immigration laws and regulations, and not reenter the USA; 2) not possess firearms; 3) provide DNA sample; and 4) pay $100 special assessment immediately or through the BOP Inmate Financial Responsibility Program.